AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

Aryanna Denis, Brady Walker, Carlos Sanabria, Daniela Buriani, Gelsys Denis, Jesenia Soria, Kailey Pachowicz, Lauren Osorto

*Plaintiff(s)*

v.

Geaux Time Restaurant Group, LLC; GTRG-Kendall, LLC; BBR Kendall, LLC; GTRG-Miramar Beach, LLC; and Michael Riggle

*Defendant(s)*

Civil Action No. 1:26-cv-28284

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Michael Riggle
1228 Thompson Road
Santa Rosa Beach, FL

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Fabian A. Ruiz
Ruiz Trial Law, PLLC
9100 S Dadeland Blvd.
Suite 1500
Miami, FL 33156

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: ______________________

______________________
*Signature of Clerk or Deputy Clerk*